Eric J. Neal, OSB No. 31863
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
eneal@letherlaw.com
P: (206) 467-5444/F: (206) 467-5544
*Counsel for Plaintiff American*
*Hallmark Insurance Company of Texas*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS,<br><br>Plaintiff,<br><br>v.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL WEST COAST LLC, a Delaware limited liability company; ANTHONY C. EDWARDS and JANE DOE EDWARDS, husband and wife and the marital community comprised thereof; and BDZE DEVELOPERS INC. d/b/a BDZE CONSTRUCTION,<br><br>Defendants. | No. 3:24-cv-00936-YY<br><br>**PLAINTIFF AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS'S NOTICE AND ORDER OF VOLUNTARY DISMISSAL** |

**I.     NOTICE**

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff American Hallmark Insurance Company of Texas, by and through its attorney of record, hereby voluntarily dismisses this action without prejudice and without fees or costs to any party.

DATED this 20th day of March 2025.

LETHER LAW GROUP

*s/ Eric J. Neal*
Eric J. Neal, OSB No. 31863
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
eneal@letherlaw.com
*Counsel for American Hallmark Insurance Company of Texas*

## II.   ORDER

IN THIS MATTER, having come before the Court, and the Court having reviewed and considered the following:

    1.   Notice of Voluntary Dismissal

Based on the foregoing, the Court having considered the Notice of Voluntary Dismissal, and being otherwise fully advised, IT IS HEREBY ORDERED that this matter be dismissed without prejudice and without costs.

DATED __March 21, 2025_____.

                                  /s/ Youlee Yim You
                                U.S. Magistrate Judge

Presented by:

LETHER LAW GROUP

*s/ Eric J. Neal*
Eric J. Neal, OSB No. 31863
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
eneal@letherlaw.com
*Counsel for American Hallmark Insurance Company of Texas*